# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**BENNY L. WASHINGTON,**

    Plaintiff,

vs.                                    Case No. 5:08cv139-SPM/WCS

**PILAR TOURNAY,
JOANNE TERRELL,
and HAROLD PARKER,**

    Defendants.

_____/

## AMENDED REPORT AND RECOMMENDATION

On November 2, 2009, Defendants filed a notice of settlement, doc. 59, indicating the parties had amicably reached a settlement in this action. The notice was signed only by Defendant's counsel, and the certificate of service showed it was mailed to the *pro se* Plaintiff on the same date as filing. *Id.*

Rule 41(a)(1)(ii) provides that an action may be voluntarily dismissed "by filing a stipulation of dismissal signed by all parties who have appeared in the action." FED. R. CIV. P. 41(a)(1). Although the notice was not signed by Plaintiff, I accepted it as a stipulated notice of dismissal under Rule 41(a) and construed it in that light. Doc. 60. I entered an report and recommendation advising that if Plaintiff disagreed with the

dismissal, Plaintiff should file a motion for reconsideration, clearly explaining his position. Doc. 60.

In response, Plaintiff filed a motion for reconsideration on November 16, 2009. Doc. 61. Plaintiff explained that he had reached an agreement with opposing counsel, but believed the settlement amount was to be paid by a date certain. *Id.* Plaintiff said the check had not yet been received and he did not wish to proceed with the dismissal. *Id.* Defendants have filed a response on November 19, 2009, advising that the settlement check had been provided to Plaintiff and deposited in his "inmate account on November 18, 2009." Doc. 62. Attached to that response is a copy of the settlement agreement, which does not contain a deadline for payment, doc. 62-2, and attached to that document is a computer printout showing a deposit into the account of Plaintiff. Doc. 62-3. It would appear that the issue has been resolved and the settlement has proceeded forward. Nothing else was received by Plaintiff contesting the Defendants' response, nor was anything received from Plaintiff seeking to withdraw his motion for reconsideration. Thus, the prior report and recommendation has been vacated by separate order, and this amended report and recommendation is now entered.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that the notice of settlement, doc. 59, be **CONSTRUED** as a stipulated notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1), and this case be **DISMISSED with prejudice**.

**IN CHAMBERS** at Tallahassee, Florida, on December 16, 2009.

                                                s/     William C. Sherrill, Jr.
                                                **WILLIAM C. SHERRILL, JR.**
                                                **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**