IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BENNY L. WASHINGTON,

    Plaintiff,

v.	CASE NO. 5:08cv139-SPM/WCS

PILAR TORNAY, et al.,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court on the Magistrate Judge's Amended Report and Recommendation dated December 16, 2009 (doc. 65). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 65) is adopted and incorporated by reference in this order.

2.    The notice of settlement (doc. 59) is construed as stipulated notice of voluntary dismissal, and this case is dismissed with prejudice under Fed. R.

Civ. P. 41(a)(1).

DONE AND ORDERED this 24th day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge